IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FLEET SYSTEMS, INC., | ) | |
| Plaintiff, | ) | 8:07CV08 |
| v. | ) | |
| FEDERAL COACH, LLC, | ) | ORDER |
| Defendant. | ) | |

Pursuant to the telephone conference with the parties' attorneys on January 5, 2007,

IT IS ORDERED:

1. The temporary restraining order presently in force (attachment to Filing 1) shall remain in effect until further order of this court.

2. A hearing on the temporary restraining order is scheduled for Monday, **January 8, 2007, at 9:30 a.m.**, Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 5th day of January, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge