IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FLEET SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV08 |
| | ) | |
| v. | ) | |
| | ) | INJUNCTION |
| FEDERAL COACH, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Memorandum Opinion issued this date,

IT IS ORDERED:

1. Federal Coach is hereby enjoined from terminating, cancelling, or altering the terms of the parties' Agreement dated November 24, 1992.

2. Federal Coach shall continue the customs, practices and course of dealing that it applied to the 2006 Agreement; it shall apply a dealer discount to all sales of Federal Coach vehicles to Fleet Systems, Inc. in an amount comparable to that applied to invoices governed by the 2006 contract and no sales specific territorial marketing assessments shall be applied to Fleet's sales.

3. Pursuant to Fed. R. Civ. P. 65(c), Fleet Systems, Inc. shall furnish a bond in the amount of $31,500.00.

DATED this 17th day of January, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge