# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FLEET SYSTEMS, INC., ) | |
| ) | 8:07CV8 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| FEDERAL COACH LLC, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court following the hearing on the motion for a preliminary injunction held before Chief Judge Bataillon on March 27, 2007. The parties will meet and confer in accordance with Fed. R. Civ. P. 26(f) and file a report of such conference **on or before April 24, 2007**. The undersigned magistrate judge will hold a planning conference with counsel for all parties **on April 30, 2007 at 9:30 a.m.** Counsel for plaintiff shall initiate the telephone conference.

**IT IS SO ORDERED.**

DATED this 28th day of March, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge