**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **FLEET SYSTEMS, INC.,** | ) | |
| Plaintiff, | )<br>) | **8:07CV8** |
| vs. | )<br>) | **ORDER** |
| **FEDERAL COACH, LLC,** | )<br>) | |
| Defendant. | ) | |

Following a telephone conference with counsel for the parties on April 30, 2007,

**IT IS ORDERED:**

A supplemental **telephone** conference will be held with counsel at **9:00 a.m. on September 7, 2007**, for the purpose of progressing this case to trial. Plaintiff's counsel shall initiate the telephone conference.

**IT IS FURTHER ORDERED:**

1. **Mandatory Disclosures** described in Fed. R. Civ. P. 26(a)(1) shall be served by **June 29, 2007**.

2. The **filing of disclosures** under Fed. R. Civ. P. 26(a)(1), and (2), as well as the filing of discovery documents, depositions, and disclosures required by this order shall be governed by NECivR 26.1. The disclosures required by Fed. R. Civ. P. 26(a)(3) shall be filed when served. **Note: Disclosures that are filed should be redacted so no personal information (e.g., home addresses, phone numbers, Social Security numbers, etc.) is made part of the public record.**

3. **Withholding Documents from Disclosure or Discovery.** If any document is withheld from production or disclosure on the grounds of privilege or work product, the producing party shall disclose the following information about each such document withheld: a description of the document withheld with as much specificity as is practicable without disclosing its contents, including (a) the general nature of the document; (b) the identity and position of its author; (c) the date it was written; (d) the identity and position of its addressee; (e) the identities and positions of all persons who were given or have received copies of it and the dates copies were received by them; (f) the document's present location and the identity and position of its custodian; and (g) the specific reason or reasons why it has been withheld from production or disclosure.

      4.      **Limits on Discovery.**  Each party is limited to serving **fifty (50)** interrogatories on any other party.  The plaintiffs as a group, and the defendants as a group, are each limited to taking **fifteen (15)** depositions in this case, without leave of court.

      5.      **Motions to alter dates**.  All requests for changes of deadlines established by this order shall be directed to the magistrate judge by appropriate motion.

      6.      The stipulations of the parties regarding discovery and progression matters set forth in their planning report to the court, not in conflict with the provisions of this order, are approved and adopted.

DATED this 1st day of May, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge