IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FLEET SYSTEMS, INC., | ) | |
| Plaintiff, | ) | 8:07CV08 |
| v. | ) | |
| | ) | INJUNCTION |
| FEDERAL COACH, LLC, | ) | |
| Defendant. | ) | |

Pursuant to the Memorandum Opinion issued this date,

IT IS ORDERED:

1. Federal Coach is hereby enjoined from terminating, cancelling, or altering the terms of the parties' Agreement dated November 24, 1992.

2. Federal Coach shall continue the customs, practices and course of dealing that it applied to the 2006 Agreement; it shall apply a dealer discount to all sales of Federal Coach vehicles to Fleet Systems, Inc. in an amount comparable to that applied to invoices governed by the 2006 contract and no sales specific territorial marketing assessments shall be applied to Fleet's sales.

3. This injunction shall remain in force and effect until November 24, 2007.

DATED this 9th day of May, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge