IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FLEET SYSTEMS, INC., | ) | |
| Plaintiff, | ) | 8:07CV08 |
| v. | ) | |
| FEDERAL COACH, LLC, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that, on plaintiff's unopposed request, the injunction hearing is rescheduled to **August 10, 2007, at 10:00 a.m.**, Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 24th day of May, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge