IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FLEET SYSTEMS, INC., | ) | CASE NO. 8:07cv8 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| FEDERAL COACH LLC, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Filing No. 64, Defendant's unopposed motion for a thirty-day extension of the time for filing a notice of appeal from the Injunction (Filing No. 54) and from the associated Memorandum and Opinion (Filing No. 53) that were entered on May 9, 2007. For good cause shown,

IT IS ORDERED THAT THE MOTION IS GRANTED; the deadline for filing the notice of appeal from those filings is extended until and including July 9, 2007.

DATED this 7th day of June, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge