IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FLEET SYSTEMS, INC., | ) | |
| Plaintiff, | ) | 8:07CV08 |
| v. | ) | |
| FEDERAL COACH, LLC, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the parties' stipulation and joint motion regarding scheduling issues and the hearing on August 10, 2007, Filing No. 86. The court's previous ruling, Filing No. 85, required defendant to supplement discovery responses before the close of business on August 8, 2007. The parties propose that the court now stay that ruling pending defendant's appeal of the court's previous order.

IT IS THEREFORE ORDERED that

1. The court's previous ruling requiring defendant to supplement discovery responses as outlined in Filing No. 85, is stayed pending resolution of defendant's appeal of the court's order;

2. Defendant must file its appeal of Magistrate Judge Thalken's Order, Filing No. 85, within ten (10) days of the issuance of the Magistrate's Order;

3. Any suggestion for additional hearings or other scheduling matters may be addressed at the hearing to be held on August 10, 2007.

DATED this 6th day of August, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge