IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FLEET SYSTEMS, INC., | ) | CASE NO. 07-cv-8 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) ) ) | **ORDER** |
| FEDERAL COACH LLC, | ) | |
| Defendant. | | |

This matter is before the Court on Filing No. 110, Defendant's unopposed motion for a one week extension of the time for filing its reply brief in support of its Statement of Appeal of Magistrate Judge's Order (Filing No. 99). For good cause shown,

IT IS ORDERED THAT THE MOTION IS GRANTED; the deadline for filing the reply brief is extended until and including September 21, 2007.

Dated this 17th day of September, 2007.

BY THE COURT:

/s Joseph F. Bataillon

_____
JOSEPH F. BATAILLON
Chief United States District Judge