IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FLEET SYSTEMS, INC., | ) | CASE NO. 07-cv-8 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| | ) | |
| | ) | |
| FEDERAL COACH LLC, | ) | |
| | | |
| Defendant. | | |

This matter is before the Court on Filing No. 111, Defendant's unopposed motion for a two week extension of the time for filing a notice of appeal from that portion of Filing No. 98, entered on August 17, 2007, that continued the injunction entered in accordance with the Court's previous Memorandum Opinion (Filings No. 53 and 54). For good cause shown,

IT IS ORDERED THAT THE MOTION IS GRANTED; the deadline for filing the notice of appeal is extended until and including October 1, 2007.

Dated this 17th day of September, 2007.

BY THE COURT:

/s Joseph F. Bataillon

_____
JOSEPH F. BATAILLON
Chief United States District Judge