## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **FLEET SYSTEMS, INC.,** ) | |
| ) | 8:07CV08 |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| **FEDERAL COACH, LLC,** ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the parties' joint request to continue the telephone planning conference scheduled for September 24, 2007, at 10:30 a.m.

**IT IS ORDERED:**

The **telephone** status conference with the undersigned magistrate judge is continued to **October 9, 2007, at 10:00 a.m.** Plaintiff's counsel shall initiate the telephone conference.

DATED this 24 day of September, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge