IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FLEET SYSTEMS, INC., | ) | |
| Plaintiff, | ) | 8:07CV08 |
| v. | ) | |
| FEDERAL COACH, LLC, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on Defendant Federal Coach, LLC's ("Federal ") unopposed motion for an extension of time in which to respond to plaintiff's brief in opposition to Federal's appeal of an order of the magistrate, Filing No. 114. Federal states that the parties are engaged in settlement negotiations. Accordingly, the court finds the motion should be granted.

IT IS ORDERED:

1. Defendant's unopposed motion for an extension of time (Filing No. 114) is granted.

2. Defendant shall file its reply brief by September 28, 2007.

DATED this 24th day of September, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge