IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FLEET SYSTEMS, INC., | ) | |
| Plaintiff, | ) | 8:07CV08 |
| v. | ) | |
| FEDERAL COACH, LLC, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on defendant Federal Coach, LLC's ("Federal") unopposed motion for an extension of time in which to file its reply brief in support of its appeal of an order of the magistrate, Filing No. 99. Federal states that the parties are engaged in settlement negotiations. Accordingly, the court finds the motion should be granted.

IT IS ORDERED;

1. Defendant's unopposed motion for an extension of time (Filing No. 118) is granted.

2. Defendant shall file its reply brief by October 5, 2007.

DATED this 1st day of October, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge