IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **FLEET SYSTEMS, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:07CV8 |
| v. | ) | |
| | ) | ORDER |
| **FEDERAL COACH LLC,** | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge on October 4, 2007 by counsel for the defendant,

**IT IS ORDERED that:**

1. The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court which will fully dispose of the case **on or before November 5, 2007**. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

3. The deadlines and hearing dates previously scheduled are cancelled upon the representation that this case is settled.

4. The defendant's appeal from the magistrate judge's order (Filing No. 99) is deemed withdrawn and the appeal may be termed on the docket.

DATED this 5th day of October, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge