IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FLEET SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV8 |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL COACH, LLC, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Parties having filed a Joint Stipulation of Dismissal Without Prejudice on October 18, 2007 (Filing No. 124), pursuant to the Settlement Agreement entered into by and between the Parties,

IT IS HEREBY ORDERED:

1. This case, including without limitation all claims and counterclaims, is dismissed without prejudice;

2. Each party will bear its own attorneys fees, expenses, and costs in connection with this action;

3. The bond filed by Plaintiff (Filing No. 20), is released, and Defendant shall not make any claim on that bond; and

4. All Temporary Injunctions, Temporary Restraining Orders, Preliminary Injunctions, and other Injunctions entered in this case, including without limitation Filings No. 19 and 54, are terminated.

IT IS SO ORDERED.

DATED this 19th day of October, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge